Case 4:20-cv-01911 Document 21 Filed on 07/29/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Norma L. Castillo, §§§<br>*Plaintiff,* | |
| v. | Civil Action H-20-1911 |
| Andrew Saul,<br>Commissioner of the Social<br>Security Administration,<br>*Defendant.* | |

## ORDER OF ADOPTION

On July 14, 2021, Magistrate Judge Peter Bray issued a memorandum and recommendation (D.E. 20), recommending that Norma Castillo's motion for summary judgment be denied and Defendant's cross-motion for summary judgment be granted. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the memorandum and recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed at Houston, Texas, on this **29** day of July, 2021.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE